UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH HUNT, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 1:14-cv-00320-JTC |
| TURNING POINT SOLUTIONS, LLC;<br>SAM GALBO;<br>GS HOLDINGS, LLC;<br>NICK GALBO; and<br>DOE 1-5, | ) |
|     Defendants. | ) |

**NOTICE OF DISMISSAL**

    NOTICE IS HEREBY GIVEN that plaintiff Deborah Hunt and defendant Turning Point Solutions, LLC. have reached a settlement in the above-captioned case. Plaintiff voluntary dismisses the entire action with prejudice.

Date:  August 19, 2014            s/Robert Amador

                                                ROBERT AMADOR, ESQ.
                                                Attorney for Plaintiff DEBORAH HUNT
                                                Centennial Law Offices
                                                9452 Telephone Rd. 156
                                                Ventura, CA. 93004
                                                (888)308-1119 ext. 11
                                                R.Amador@centenniallawoffices.com